**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ISIDRO F. DELUNA,

               Petitioner - Appellant,

  v.

BEN CURRY, Warden,

               Respondent - Appellee.

No. 08-16610

D.C. No. 3:07-cv-02491-CRB

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Charles R. Breyer, District Judge, Presiding

Submitted August 11, 2011[**]

Before:    THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

    California state prisoner Isidro F. DeLuna appeals pro se from the district

court's judgment denying his 28 U.S.C. § 2254 petition. We dismiss.

    DeLuna contends that the Board of Prison Terms' 2005 decision to deny him

parole was not supported by "some evidence" and therefore violated his due

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

process rights. After the briefing was completed in this case, this court held that a certificate of appealability ("COA") is required to challenge the denial of parole. *See Hayward v. Marshall*, 603 F.3d 546, 554-55 (9th Cir. 2010) (en banc). Now the Supreme Court has held that the only federal right at issue when there is a liberty interest in parole is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *See Swarthout v. Cooke*, 131 S. Ct. 859, 863 (2011) (per curiam). Because DeLuna raises no procedural challenges regarding his parole hearing, a COA may not issue on this claim. *See* 28 U.S.C. § 2253(c)(2).

Further, because DeLuna has not made a substantial showing of the denial of a constitutional right on his other claims, we also decline to certify those claims. *See* 28 U.S.C. § 2253(c)(2).

Because there is no COA, we dismiss the appeal for lack of jurisdiction. *See* 28 U.S.C. § 2253(c)(1).

**DISMISSED.**